BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
MEGAN R. O'CARROLL (SBN 215479)
Deputy Attorney General
 1300 I Street, Suite 125
 Post Office Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Facsimile: (916) 324-5205

Attorneys for Defendant B. Heroux
SA2005101625

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARK HUNGERFORD,**<br><br>                                        Plaintiff,<br><br>      v.<br><br>**BEVERLY HEROUX,**<br><br>                                        Defendants. | No. CIV S-04-1455 LKK CMK P<br><br>**ORDER GRANTING MOTION FOR STAY OF DISCOVERY** |

The Court, having considered Defendant's request for a stay of discovery pending disposition of Defendant's motion to dismiss, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant's motion for stay of discovery is granted and discovery shall not commence until a scheduling order, if any, is issued in this case.

DATED: June 2, 2005

                    /s/   **CRAIG M. KELLISON**
                    Craig M. Kellison
                    UNITED STATES MAGISTRATE JUDGE

Hungerford_proposedorder.wpd