IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK HUNGERFORD,

      Plaintiff,                    No. 2:04-cv-01455 LKK CMK (PC)

   vs.

BEVERLY HEROUX, et al.,

      Defendants.          <u>ORDER</u>

_____/

      On June 16, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed June 1, 2005, granting defendant's motion to stay discovery. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

      Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed June 1, 2005, is affirmed.

DATED: August 11, 2005.

                                                  /s/Lawrence K. Karlton
                                                  UNITED STATES DISTRICT JUDGE

/hung1455.850

1