IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HUNGERFORD, | No. CIV S-04-1455-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| HEROUX, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 27), filed on November 21, 2005.

On November 10, 2005, the court issued findings and recommendations and provided for objections to be filed within ten days of the date of service thereof. Plaintiff now seeks a 45-day extension of that deadline. Good cause appearing therefor, the request will be granted. Plaintiff is reminded that failure to file objections within the specified time may waive the right to appeal any order adopting the findings and recommendations. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Plaintiff's motion for an extension of time is granted; and

3  2. Within 45 days after being served with this order, any party may file written objections with the court, such document to be captioned "Objections to Magistrate Judge's Findings and Recommendations."

DATED: November 28, 2005.

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE