1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MARK HUNGERFORD,                   No. CIV S-04-1455-LKK-CMK-P

12            Plaintiff,

13      vs.                              <u>ORDER</u>

14   HEROUX, et al.,

15            Defendants.

16   _____/

17            Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the court is plaintiff's second motion for an extension of

19   time (Doc. 29), filed on January 5, 2006.

20            On November 10, 2005, the court issued findings and recommendations and

21   provided for objections to be filed within ten days of the date of service thereof.  On November

22   29, 2005, the court granted plaintiff a 45-day extension on that deadline.  Plaintiff now seeks an

23   additional 30-day extension.  Good cause appearing therefor, the request will be granted.

24   Plaintiff is reminded that failure to file objections within the specified time may waive the right

25   to appeal any order adopting the findings and recommendations.  <u>Martinez v. Ylst</u>, 951 F.2d

26   1153 (9th Cir. 1991).

Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiff's motion for an extension of time is granted; and

2.     Within 30 days after being served with this order, any party may file written objections with the court, such document to be captioned "Objections to Magistrate Judge's Findings and Recommendations."

DATED:   January 11, 2006.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2