IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK HUNGERFORD,  No. CIV S-04-1455-LKK-CMK-P

    Plaintiff,

  vs.  ORDER

HEROUX, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On November 10, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 10, 2005, are adopted in full;

2. Plaintiff's motion for injunctive relief is denied;

3. Plaintiff's request for a hearing (Doc. 21), and request to amend his motion for injunctive relief (Doc. 22) are denied as moot;

4. Defendant Glover, who is deceased, is dismissed from the action;

5. Defendant Heroux's motion to dismiss is granted;

6. The complaint is dismissed with leave to amend; and

7. Plaintiff shall file a first amended complaint within 30 days of the date of service of this order.

DATED: March 20, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT