IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK HUNGERFORD,   No. CIV S-04-1455-LKK-CMK-P

    Plaintiff,

  vs.   ORDER

HEROUX, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 36), filed on June 22, 2006.

    On March 21, 2006, the court directed plaintiff to file a first amended complaint within 30 days. Plaintiff now seeks another 60-day extension of that deadline. Good cause appearing therefor, the request will be granted. Plaintiff is warned that failure to comply with the court's March 21, 2006, order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules. See Local Rule 11-110.

/ / /

1

1   Accordingly, IT IS HEREBY ORDERED that:

2       1.    Plaintiff's motion for an extension of time is granted; and

3       2.    Plaintiff shall file a first amended complaint within 60 days of the date of service of this order.

DATED: June 26, 2006.

                                /s/ Craig M. Kellison
                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE